1  BENJAMIN B. WAGNER
   United States Attorney
2  KATHLEEN A. SERVATIUS
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile:  (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                       EASTERN DISTRICT OF CALIFORNIA
10

11
   | UNITED STATES OF AMERICA, | **CASE NO. 1:97-CR-05211-AWI-2** |
   |---|---|
   | Plaintiff, | **MOTION TO DISMISS THE INDICTMENT** |
   | v. | |
   | MUGEEB MOHAMEDHEZAM NASSER, | |
   | Defendant. | |

17   The United States of America, appearing herein by and through the undersigned counsel,

18  Kathleen A. Servatius, Assistant United States Attorney, hereby moves this Court for permission to

19  dismiss without prejudice the indictment as to, Mugeeb Mohamedhezam Nasser in the above stated case.

20   Good cause exists to dismiss without prejudice the indictment in the interest of justice, and

21  pursuant to Fed. R. Crim. P. 48(a) for the following reasons: This action has remained pending without

22  activity for over ten years. Because of the long period of non-activity, this case is presumed to be no

23  longer viable. Additionally, the gravity of the offense does not justify continued efforts to prosecute. For

24  these reasons, the government moves for dismissal of the indictment against the defendant.

|   |   |
|---|---|
|   | Respectfully Submitted, |
| Dated: September 23, 2015 | BENJAMIN B. WAGNER<br>United States Attorney |
|   |   |
| By: | /s/ Kathleen A. Servatius<br>KATHLEEN A. SERVATIUS |

## **ORDER**

On the basis of good cause, to serve the interested of justice, pursuant to the government's and Fed. R. Crim. P. 48(a), the indictment in Case Number 1:97-CR-05211 AWI against Mugeeb Mohamedhezam Nasser shall be DISMISSED without prejudice. The clerk of the court is directed to close this case.

IT IS SO ORDERED.

Dated:   September 28, 2015                    _____
                                            SENIOR  DISTRICT  JUDGE

Motion to Dismiss, FRCrimP 48(a)                    2