# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>**Plaintiff**<br><br>v.<br><br>**MOGIEB MOHAMEDHEZAM NASSER,**<br><br>**Defendant**<br><br>**ALI M. NASSER,**<br><br>**Real Party in Interest/Surety** | CASE NO. 1:97-CR-5211 AWI<br><br>**ORDER DIRECTING TURNOVER OF DEED OF TRUST** |

On November 22, 2020, the United States filed a notice of satisfaction of judgment, along with a request that a deed of trust be turned over to surety Ali M. Nasser at his address in Madera, California. After review, it is appropriate to give effect to the notice and grant the request to turnover the deed of trust to Ali M. Nasser. For clarity, the Court makes the following identifiers for administrative purposes:

    1.    The deed of trust at issue has the trust or document number 9734105.

    2.    The Trustor of the deed of trust at issue is Ali M. Nasser.

    3.    The date of the deed of trust at issue is December 13, 1997.

# **ORDER**

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is DIRECTED to deposit the $70,000 paid by surety Ali M. Nasser into the Crime Victims' Fund;
2. The Clerk of the Court is DIRECTED to turn over the above described deed of trust (Deed of Trust Number 9734105, dated December 13, 1997, and created by trustor Ali M. Nasser) to Ali M. Nasser at 2701 Glade Ave., Madera, California 93637.

IT IS SO ORDERED.

Dated:   November 25, 2020                                    _____
                                                                                   SENIOR DISTRICT JUDGE